**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #141961
   Chief Trial Deputy
3  PETER J. KEITH, State Bar #206482
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3914
6  Facsimile:    (415) 554-3837
   E-mail:       peter.keith@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
   DARRYL LICUDINE,                    | Case No. C 03-2380MHP
12
          Plaintiff,
13
                                       | [PROPOSED] ORDER CANCELING
   vs.                                 | STATUS CONFERENCE
14
   SHERIFF DEPUTY P. LAVAL, SENIOR     | Status Conference Date:  June 27, 2005
15 DEPUTY SHANNON, DEPUTY BACANI,      | Time:                    3:00 p.m.
   DEPUTY BALDOVINO, DEPUTY            | Judge:                   Judge Patel
16 CALDERONI, DEPUTY PALMA,            | Place:                   Ctrm. 15, 18th Floor
   DEPUTY TABADA, the CITY AND
17 COUNTY OF SAN FRANCISCO, and
   DOES 1 to 50,
18
          Defendants.
19

20
       Good cause appearing, the status conference scheduled for June 27, 2005, at 3:00 p.m. is
21
   canceled. The Court will notify the parties of any further status conferences.
22
       IT IS SO ORDERED.
23

24
   Dated: 6/22/05
25

26
                                       _____
27                                     The Honorable Marilyn Hall Patel
                                       UNITED STATES DISTRICT JUDGE
28

   CCSF's Status Report (6/27/05 Conference)    4
   Case No. C03-2380 MHP