Case 3:03-cv-02380   Document 57-2   Filed 06/20/2005   Page 1 of 3

| | |
|---|---|
| 1 | Eric L. Nordskog, Esq., SBN 120935 |
| 2 | LAW OFFICES OF ERIC L. NORDSKOG<br>P.O. BOX 156467 |
| 3 | San Francisco, CA 94115 |
| | Tel: (415) 515-3372 |
| 4 | Fax: (415) 704-3097 |
| 5 | |
| | Attorney for Plaintiff |
| 6 | Darryl Licudine |

**FILED**

**JUL - 5 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LICUDINE,

Plaintiff,

vs.

SHERRIFF DEPUTY P. LAVAL, SENIOR DEPUTY SHANNON, DEPUTY BACANI, DEPUTY BALDOVINO, DEPUTY CALDERONI, DEPUTY PALMA, DEPUTY TABADA, the CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 TO 50,

Defendants.

No. C 03-2380 (MHP)

[~~PROPOSED~~] ORDER PERMITTING ERIC L NORDSKOG TO BE RELIEVED AS COUNSEL- CIVIL;
DATE: 6/27/05
TIME: 3:00 pm
DEPT: 15, 18TH Floor
TRIAL DATE: NONE

The motion of attorney Eric L Nordskog to be relieved as counsel of record for plaintiff Darryl Licudine came on regularly for hearing, originally on 2/14/05. Eric L. Nordskog, Esq. appeared on behalf of himself. Plaintiff Darryl Licudine appeared on his own behalf. Peter Keith appeared on behalf of defendant City and County of San Francisco. On 6/27/05 Eric L. Nordskog, Esq. appeared on behalf of himself. Plaintiff Darryl Licudine appeared on his own behalf. Peter Keith appeared on behalf of defendant City and County of San Francisco.

Based upon a review of the moving papers, attorney Eric L Nordskog has shown sufficient reasons why the motion to be relieved as counsel should be granted, and plaintiff Darryl Licudine has already executed a Substitution of Attorney substituting himself in pro per.

-1-

ORDER PERMITTING ERIC L NORDSKOG TO BE RELIEVED AS COUNSEL

Further, because there is no opposition, and because plaintiff has served the individually named defendants per the Court's request, and good cause appearing therefore,

IT IS HEREBY ORDERED that Eric L. Nordskog is relieved as counsel for plaintiff Darryl Licudine, and that plaintiff is representing himself in pro per, effective 6/27/05.

The current address and telephone number of plaintiff Darryl Licudine is as follows:

Darryl Licudine, 30 Paul St. Daly City, CA 94014 (415) 424-7741.

The next court hearing on this matter is set for

_____ (date, time and place).

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**Your present attorney will no longer be representing you. If you are representing yourself, you will be solely responsible for the case. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**If you are representing yourself you must keep the Court informed of your current address and telephone number. The Court needs to know how to contact you. If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests, or result in your losing the case.**

ORDER PERMITTING ERIC L NORDSKOG TO  BE RELIEVED AS COUNSEL

1

2

3    Dated: June **30**, 2005

4                                                    _____

5                                                              Marilyn Hall Patel

6                                         Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

ORDER PERMITTING ERIC L NORDSKOG TO  BE RELIEVED AS COUNSEL